Frederick J. Bertram, Appellant, v. Bernard J. Fallon, Trustee for Chicago Rapid Transit Company, Appellee.

Gen. No. 44,829. 

Frederick J. Bertram, *pro se;* Bell, Boyd & Marshall and Herbert M. Johnson, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed December 19, 1949; rehearing denied January 4, 1950; released for publication January 5, 1950.

Louise Lucchesi and Helen Ketcham, Appellants, v. C. Orson Pemberton et al., Appellees.

Gen. No. 44,564. 

Reginald A. Barnett, for appellants; Clarence Edelson, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed December 20, 1949; released for publication January 5, 1950.